David M. Goodrich, Trustee
870 Roosevelt Avenue
Irvine, CA 92620
Telephone:    (949) 336-6991
Facsimile:    (949) 207-7278
Email: trustee@goodlawcorp.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Albert Ramirez,**<br><br>　　　　　　Debtors. | Case No.  2:11-bk-57032-BR<br><br>Chapter  7<br><br>**NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S REPORT OF NO DISTRIBUTION**<br><br>[No Hearing Set] |

　　　　TO THE DEBTOR, THE DEBTOR'S ATTORNEY, THE CLERK AND ALL PARTIES-IN INTEREST:

　　　　Notice is hereby given that David M. Goodrich, Chapter 7 Trustee in the above-entitled bankruptcy case withdraws Chapter 7 Trustee's Report of no Distribution filed on February 17, 2012.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: February 22, 2012　　　　　　/s/   David M.Goodrich
　　　　　　　　　　　　　　　　　　　 David M. Goodrich
　　　　　　　　　　　　　　　　　　　 Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 870 Roosevelt Avenue, Irvine, California 92620.

A true and correct copy of the foregoing document described as **NOTICE OF WITHDRAWAL OF CHAPTER 7 TRUSTEE'S NOTICE OF NO DISTRIBUTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 22, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Ramesh Singh    claims@recoverycorp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **February 22, 2012,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtors Via U.S. Mail:
Albert Ramirez
324 S Diamond Bar Blvd 241
Diamond Bar, CA 91765

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 18, 2012**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2012 | David Goodrich | /s/ David M. Goodrich |
|---|---|---|
| *Date* | *Type Name* | *Signature* |