David M. Goodrich, Trustee
870 Roosevelt Avenue
Irvine, CA 92620
Telephone:    (949) 336-6991
Facsimile:    (949) 207-7278
Email: trustee@goodlawcorp.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| **In re** | Case No.  2:11-bk-57032-BR |
| **Ramirez, Albert;** | Chapter 7 |
| **Debtor(s).** | **NOTIFICATION OF ASSET CASE** |
| | [No Hearing Required] |

TO   KATHLEEN   J.   CAMPBELL,   CLERK   OF   THE   UNITED   STATES
BANKRUPTCY COURT:

David M. Goodrich, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: March 15, 2012           By: ___/s/ David M. Goodrich____
                                              David M. Goodrich, Chapter 7 Trustee